UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23125-CIV-ALTONAGA/O'Sullivan

**DAYRON RODRIGUEZ** and
**MARQUIS WALLACE**,

       Plaintiffs,

vs.

**DOLPHIN TOWING & RECOVERY,
INC.**, a Florida corporation;
**ROBERTO NODARSE, JR**.; and
**XAVIER NODARSE**, individually,

       Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Magistrate Judge John J. O'Sullivan's Order Approving Settlement Agreement and Recommending that the Case be Dismissed With Prejudice ("Order") [ECF No. 27], entered December 1, 2016. In the Order, Judge O'Sullivan advises he has reviewed the terms of the settlement agreement, including the amount to be received by counsel, and finds the compromise reached by the parties is a fair and reasonable resolution of their bona fide disputes, and that the settlement agreement is approved. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Order **[ECF No. 27]** is **AFFIRMED and ADOPTED**. This case is **DISMISSED with prejudice**. The Clerk is directed to mark this case as **CLOSED**, and any pending motions are **DENIED as moot**. The Court retains jurisdiction over this cause and over the parties until **June 15, 2017** for the purposes of enforcing the settlement agreement.

CASE NO. 16-23125-CIV-ALTONAGA/O'Sullivan

**DONE AND ORDERED** in Miami, Florida this 1st day of December, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record